1  Mark B. Hutton
   Lead Counsel
2  KS Bar #10112
   HUTTON & HUTTON LAW FIRM, L.L.C.
3  8100 East 22nd Street North
   Building 1200
4  P.O. Box 638 (67201)
   Wichita, KS 67226
5  Telephone: (316) 688-1166
   Facsimile: (316) 686-1077
6  Trial.Lawyers@huttonlaw.com
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX           | Case No. : 08-0258 CRB
   | MARKETING SALES PRACTICES AND        |
13 | PRODUCT LIABILITY LITIGATION         | MDL NO. 1699
   |                                      | District Judge: Charles R. Breyer
14 |                                      |
15 | Jo Ann Burkeen, et al.,               |
   |                                      |
16 |                    Plaintiffs        | STIPULATION AND ORDER OF
   |                                      | DISMISSAL WITH PREJUDICE
17 | vs.                                   |
18 | Pfizer Inc, et al.,                   |
19 |                    Defendants.        |
20

21     Come now the Plaintiff, Lucinda Isom in the above-entitled action and Defendants, by
22 and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),
23 and hereby stipulate to the dismissal of this action with prejudice as to the plaintiff named
24
25 //
26 //
27 //
28 //

                                    -1-

                STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

herein only with each side bearing its own attorneys' fees and costs.

DATED: _____, 2010    By: _____

HUTTON & HUTTON LAW FIRM, L.L.C.
8100 East 22nd Street North, Bldg. 1200
P.O. Box 638 (67201)
Wichita, KS 67226
Telephone: (316) 688-1166
Facsimile: (316) 686-1077

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: APR - 6 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE