1  Mark B. Hutton
   Lead Counsel
2  KS Bar #10112
   HUTTON & HUTTON LAW FIRM, L.L.C.
3  8100 East 22nd Street North
   Building 1200
4  Wichita, KS 67226
   Telephone: 316-688-1166
5  Fax: 316-686-10773
   trial.lawyers@huttonlaw.com
6  Attorneys for Plaintiffs

7               UNITED STATES DISTRICT COURT

8              NORTHER DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

10                              )
11  IN RE:  BEXTRA AND CELEBREX      )   **Case No. 08-0258 CRB**
    MARKETING SALES PRACTICES AND    )
12  PRODUCT LIABILITY LITIGATION     )   **MDL NO. 1699**
                                     )   **District Judge:  Charles R. Bryer**
                                     )
13  Jo Ann Burkeen, et al.,          )
                                     )
14                   Plaintiffs,     )
                                     )
15  vs.                              )   **STIPULATION AND ORDER OF**
                                     )   **DISMISSAL WITH PREJUDICE**
16  Pfizer Inc., et al.              )
                                     )
17                   Defendants.     )
                                     )
18

19        Come now the Plaintiff, Jo Ann Burkeen in the above-entitled action and Defendants,

20  by and through the undersigned attorneys, pursuant to Federal Rules of Civil Procedure, Rule

21  41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the Plaintiffs

22  named herein only with each side bearing its own attorneys' fees and costs.

23  //

    //

                               1
    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1   DATED: $\underline{2|25}$ , 2010   By: _____

2                                      **HUTTON & HUTTON LAW FIRM, L.L.C.**
                                       8100 East 22nd Street North
3                                      Building 1200
                                       P.O. Box 638 (67201)
                                       Wichita, KS 67226
4                                      Telephone: 316-688-1166
                                       Fax: 316-686-1077
5                                      trial.lawyers@huttonlaw.com

6                                      *Attorneys for Plaintiffs*

7
    DATED: _____ March 16 , 2010       By: _____
8                                      **DLA PIPER LLP (US)**
                                       1251 Avenue of the Americas
9                                      New York, NY 10020
                                       Telephone: 212-335-4500
10                                     Fax: 212-335-4501

11                                     *Defendants' Liaison Counsel*

12  PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO
    ORDERED.
13
    DATED: April 5 , 2010             By: _____
14                                     Hon. Charles R. Breyer
                                       United States District Court
15

16

17

18

19

20

21

22

23

---

2

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**